UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BINTA PHILLIP,

                Plaintiff,                    19 **CIVIL** 5459 (PED)

       -against-                    **JUDGMENT**

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 28, 2020, Plaintiff's motion for judgment on the pleadings is DENIED, and Defendant's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
          August 28, 2020

                                                     **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                                  **BY:**
                                                          **Deputy Clerk**